People ex rel. Watts v Warden, Eric M. Taylor Ctr. (2023 NY Slip Op 03359)

People ex rel. Watts v Warden, Eric M. Taylor Ctr.

2023 NY Slip Op 03359

Decided on June 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
JOSEPH J. MALTESE
WILLIAM G. FORD
BARRY E. WARHIT, JJ.

2023-05078

[*1]The People of the State of New York, ex rel. Gregory S. Watts, on behalf of Walter Porter, petitioner,
v
Warden, Eric M. Taylor Center, respondent.

Watts & Watts, Brooklyn, NY (Gregory S. Watts pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Jonathan Visotzky of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Walter Porter upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 1199/2019.
ADJUDGED that the writ is sustained, without cost or disbursements, to the extent that the matter is remitted to the Supreme Court, Kings County, upon the consent of the respondent, to conduct an evidentiary hearing pursuant to CPL 530.60(2)(c), and the writ is otherwise dismissed (see People ex rel. Batmanghelidj v Brann, 185 AD3d 876; People ex rel. Woolworth v Department of Corr. Warden, Bellevue Hosp. Prison Ward, 184 AD3d 610).
BRATHWAITE NELSON, J.P., MALTESE, FORD and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court